*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

DLT II, a legally protected person, by Next Friend
DANNY W. THOMASON, and DANNY W.
THOMASON individually,

      Plaintiffs-Appellees,

v

ALLSTATE INSURANCE COMPANY, also known
as ASMI AUTO INSURANCE,

      Defendant/Cross-Plaintiff/Cross-
      Defendant-Appellant,

and

MICHELLE HOFFMAN,

      Defendant/Cross-Defendant/Cross-
      Plaintiff.

UNPUBLISHED
May 25, 2023

No. 360502
Calhoun Circuit Court
LC No. 2011-000281-NF

Before: MARKEY, P.J., and MURRAY and FEENEY, JJ.

FEENEY, J *(concurring).*

      I concur in the result reached by the majority, but write separately to respectfully express my belief that *Andary*[1] was correctly decided and we are bound to follow it. I believe there is no clear, direct and unequivocal intent expressed in 2019 PA 21 and 2019 PA 22 to apply the statute retroactively.

                             /s/ Kathleen A. Feeney

---

[1] See *Andary v USAA Cas Ins Co*, ___ Mich App ___; ___ NW2d ___ (2022) (Docket No. 356487), lv gtd 510 Mich 944; 979 NW2d 823 (2022).